TOWN OF BIRCH COOLEY v. NATIONAL BANK OF MINNEAPOLIS and Others.[1]

November 26, 1902.

Nos. 13,376—(278).

RES JUDICATA.

After the decision of the supreme court in the former appeal in this case had been rendered, its mandate reversing the order of the district court for Hennepin county was filed in that court. Thereupon an order was made, Harrison, J., granting plaintiff's motion for judgment against the defendant and intervenor notwithstanding the verdict, and directing a delivery of all the bonds and coupons to plaintiff. From the judgment entered pursuant to this order, the Minneapolis & St. Louis Railroad Company appealed. Affirmed.

*Albert E. Clarke,* for appellant.
*John Lind* and *A. Ueland,* for respondent.

PER CURIAM.

Appeal from the judgment of the district court of the county of Hennepin. This appeal involves the same questions that were decided on the former appeal herein, 86 Minn. 385, 90 N. W. 789, and for the reasons stated in the opinion filed on the hearing of that appeal the judgment appealed from is affirmed.

[1] Not reported in N. W.